UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **HARVINDER S. PUJJI,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:19-cv-01557 JCH |
| | ) |
| **THE HONORABLE ELAINE L. CHAO** | ) |
| **SECRETARY OF TRANSPORTATION,** | ) |
| | ) |
| Defendant | ) |

## MOTION FOR LEAVE TO VOLUNTARILY DISMISS WITH PREJUDICE

COMES NOW, Plaintiff, Harvinder S. Pujji, by and through counsel, and hereby moves to dismiss his Petition for Judicial Review against Defendant Department of Transportation ("DOT"), Federal Aviation Administration ("FAA"). Each side shall bear its own costs, fees and expenses in this matter.

WHEREFORE, Plaintiff prays this Court for an Order to dismiss this action.

Respectfully submitted,

/s/ Vincent A. Banks III
Vincent A. Banks III, MO Bar #51404
4579 Laclede Avenue, Ste. 379
St. Louis, MO 63108
314-409-7920
314-361-5515 (fax)
vbesquire@sbcglobal.net
Counsel for Plaintiff

Pari Sheth, MO Bar #52605
7750 Clayton Road, Suite 102
St. Louis, MO 63117
314-567-2010
314-754-9874 (fax)
pari@parisheth.com
Co-counsel for Plaintiff

## CERFICATE OF SERVICE

    I hereby certify that on August 19, 2019, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon U. S. Attorney's Office, Nicholas P. Llewellyn, Nicholas.llewellyn@usdoj.gov, attorneys for Defendant.

                                            /s/ Vincent A. Banks III